USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HIMELDA MENDEZ, *on behalf of himself and all other persons similarly situated,*

Plaintiff,

v.

ASCENA RETAIL GROUP, INC., *d/b/a* LOU & GREY,

Defendant.

19-CV-10773 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 26, 2019, the Court ordered the parties to meet and confer within 30 days in a good-faith attempt to settle this action. *See* Dkt. 5. That order also required the parties to file a letter – within 45 days – requesting that the Court either refer the case to mediation or a magistrate judge or to schedule an initial status conference in the matter. *See id.* To date, the Court has not received that letter.

Accordingly, no later than January 23, 2020, the parties are required to file that letter, providing the information noted above and an update on the parties' settlement efforts.

SO ORDERED.

Dated: January 21, 2020
New York, New York

Ronnie Abrams
United States District Judge