UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

ASCENA RETAIL GROUP, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2020

1:19-cv-10773-MKV

ORDER STAYING CASE

MARY KAY VYSKOCIL, United States District Judge:

    On July 23, 2020, Defendant, along with several affiliates, filed petitions for relief in the United States Bankruptcy Court for the Eastern District of Virginia. *See* ECF #22 at 1. That filing gives rise to an automatic stay of this litigation unless and until the Bankruptcy Court issues an order lifting the stay. Accordingly,

    IT IS HEREBY ORDERED that this case is stayed pending further action by the Bankruptcy Court;

    IT IS FURTHER ORDERED that all open motions in this case are administratively closed for the duration of the stay;

    IT IS FURTHER ORDERED that the Parties jointly must inform the Court by letter within five days of any order lifting the automatic bankruptcy stay or otherwise resolving the bankruptcy.

    The Clerk is respectfully requested to stay this case and administratively close the Motion at ECF #15.

**SO ORDERED.**

Date: August 10, 2020
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**