```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, individually and on behalf of all other persons similarly situated,

      Plaintiff,

  -against-

ASCENA RETAIL GROUP, INC., *d/b/a Lou & Grey*,

      Defendant.

1:19-cv-10773-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  On August 11, 2020, the Court directed the parties to inform the Court within five days of the resolution of the bankruptcy or an order of the Bankruptcy Court lifting the automatic stay. (ECF No. 59). To date, no such status update has been filed on the docket. The parties are directed to submit a joint status update **on or before February 9, 2024**, informing the Court on the status of the bankruptcy proceeding.

**SO ORDERED.**

**Date: January 29, 2024**
**    New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**

1