UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, individually and on behalf of all other persons similarly situated,

Plaintiff,

-against-

ASCENA RETAIL GROUP, INC., *d/b/a LOU & GREY*,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024

1:19-cv-10773-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 11, 2020, the Court directed the parties to inform the Court within five days of the resolution of the bankruptcy or an order of the Bankruptcy Court lifting the automatic stay. (ECF No. 59). To date, no such status update had been filed on the docket. On January 29, 2024, the Court directed the parties to submit a joint status update **on or before February 9, 2024**, informing the Court on the status of the bankruptcy proceeding. [ECF No. 25]. The parties failed to file a status update.

Accordingly, the parties are **again** directed to submit a joint status update **on or before February 28, 2024**, informing the Court on the status of the bankruptcy proceeding.

**Further failure to comply with the Court's orders, Individual Rules, Local Rules, and/or deadlines may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

**Date: February 12, 2024**
New York, NY

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**

1